In the Matter of the Application of CHARLES SCHLIVINSKI, by HYMAN SCHLIVINSKI, his Guardian ad Litem, Appellant, for a Peremptory Writ of Mandamus against WILLIAM H. MAXWELL, as City Superintendent of Schools of the City of New York, Respondent.

*Matter of Schlivinski* v. *Maxwell,* 80 App. Div. 313, appeal dismissed. (Argued October 8, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 13, 1903, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to make and file in his office one complete list of all persons to whom teacher's license No. 1 has been issued and to place thereon the name of the relator in its proper place.

*Abram Shlivek* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly, James McKeen* and *Walter S. Brewster* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.